```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  JONESBORO DIVISION
```

PEGGY BUFORD on behalf of
  MALIK FOWLER                                                             Plaintiff

v.                                    3:05CV00135 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                               Defendant

<u>JUDGMENT</u>

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 1st day of May, 2006.

                                                <u>/s/John F. Forster, Jr.</u>
                                              UNITED STATES MAGISTRATE JUDGE